RECEIVED
AUG 10 2018
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

FILED
AUG 10 2018
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-32928 |
| UNITED PLASTIC RECYCLING, INC. | ) | |
| UNITED LANDS LLC | ) | |
| Debtor(s). | ) | |
| DEBT ACQUISITIONS, LLC | ) | |
| Plaintiff(s), | ) | ADVERSARY NO. 17-AP-03045 |
| Vs. | ) | |
| AMERICYLE, INC. | ) | |
| Defendant(s). | ) | |

## GARNISHEE'S ANSWER

GARNISHEE: First Southern Bank
303 N Pine St
Florence AL 35630

**NOTICE TO GARNISHEE:**

After reading the Process of Garnishment and Instructions on Attachment A of the Process of Garnishment, check the appropriate answer(s) below, sign and have notarized. Keep a copy of this Answer for your records and return the original and other copies to this court at the address below.

☐ Defendant is employed and garnishee will withhold from the salary, wages, or other compensation, as required, and pay into court.

☐ Defendant is employed, but defendant's disposable earnings are not sufficient to be subject to garnishment.

☐ Garnishee has in garnishee's possession or control property or money belonging to defendant, which is not wages, salary or other compensation, namely:
_____

and is holding the property or money subject to orders of the court.

☐ Defendant not employed - garnishee not indebted to defendant when process was received, or when making this Answer, or during intervening time and garnishee does not have possession or control of any belongings of defendant.

☐ If garnishee is a corporation, the person signing below is the duly authorized agent of garnishee to make this Answer and has knowledge of the facts stated herein.

☒ Other (Explain): Funds held $133.15 on 8/7/18

*Janell Perry*
Garnishee or Authorized Agent (Signature)

RETURN THIS ANSWER TO:

Clerk, U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104

Sworn to and Subscribed before me this 7 day of August, 20 18.

*Selena Puckett*
Notary Public

MY COMMISSION EXPIRES 02/23/2021