IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | ) |
| | ) |
| UNITED PLASTIC RECYCLING, INC., | ) Case No. 15-32928 |
| | ) |
| Debtor and Debtor in Possession. | ) |
| | ) |

| | |
|---|---|
| DEBT ACQUISITIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 17-AP-03045 |
| | ) |
| AMERICYCLE, | ) |
| | ) |
| Defendant. | ) |

## GARNISHEE RELEASE

Garnishee: First Southern Bank
301 South Court Street
Florence, AL 35630

The Plaintiff, Debt Acquisitions, LLC, and requests that the garnishee in the above case, First Southern Bank, be released from the process of garnishment.

_____08/20/18_____                                _____
Date requested                                                     Plaintiff/Attorney Signature

## NOTICE TO GARNISHEE

I certify that the garnishee in the above case is released from the process of garnishment.

_____                                _____
Date Issued                                                              Clerk