## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **UNITED PLASTIC RECYCLING, INC.,** | ) | **Case No. 15-32928 WRS** |
| | ) | |
| Debtor and Debtor in Possession. | ) | |
| | ) | |

_____

| | | |
|---|---|---|
| | ) | |
| **DEBT ACQUISITIONS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adv. Pro. No. 17-AP-03045 WRS** |
| | ) | |
| **AMERICYCLE INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CLOSE ADVERSARY CASE AND CANCEL HEARING

Comes now the Plaintiff, Debt Acquisitions, LLC, and moves the Court to close this Adversary Proceeding and cancel the status hearing scheduled for February 5, 2019.

Respectfully submitted,

/s/ Bradley R. Hightower
Bradley R. Hightower
Attorney for Debt Acquisitions, LLC

**OF COUNSEL:**
Christian & Small LLP
1800 Financial Center
505 N. 20th Street
Birmingham, AL 35203
(205) 795-6588

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that I have served a copy of the above and foregoing upon the parties listed below, via U.S. Mail, on this the  9th  day of January, 2019.

Americycle, Inc.
c/o William Bouldin
500 North Jackson Avenue
Russellville, AL 35653

/s/ Bradley R. Hightower   
Bradley R. Hightower
